UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERDINAND COLOMA BALBA,<br><br>Defendant. | Case No. 2:14-cr-00405-RFB<br><br>ORDER REGARDING ADDITIONAL CONDITIONS OF RELEASE |

Presently before the court is the matter of U.S.A. v. Ferdinand Coloma Balba. On May 24, 2017, this court held a hearing regarding the conditions of the defendant's supervision in the instant matter.

The Court **ORDERS** that Mr. Coloma Balba is continued on release with same conditions as previously imposed with the following additions and modifications:

    1. Reside at Residential Reentry Center  You must reside at the and participate in the program at residential reentry center for a term of up to 6 months. You shall abide by all rules and regulations of the RRC that are not inconsistent with this order. You may request a modification as to your residence as approved by probation department. Subsistence payments while you are residing at the Residential Reentry Center are waived.

IT IS SO ORDERED this 24th day of May, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE