# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERDINAND COLOMA BALBA,<br><br>Defendant. | Case No. 2:14-cr-00405-RFB-GWF<br><br>ORDER REGARDING MODIFICATION TO CONDITIONS OF SUPERVISION |

Presently before the court is the matter of U.S.A. v. Ferdinand Coloma Balba. On November 6, 2019, this court held a hearing regarding the conditions of the defendant's supervision in the instant matter.

The Court **ORDERS** that Mr. Coloma Balba is continued on release with same conditions as previously imposed with the following additions and modifications:

1. <u>Substance Abuse Treatment</u> – You must participate in an inpatient substance abuse treatment program and follow the rules and regulations of that program for a term of up to 6 months/180 days. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You shall abide by all the rules and regulations of that program.

2. <u>Substance Abuse Testing</u> – You must submit to substance abuse testing for a minimum of three times a week for the first 180 days after completion of the three months/90 days residential treatment to determine if you have used a prohibited substance. Testing shall not exceed 104 tests per year. You must not attempt to obstruct or tamper with testing methods. attempt to obstruct or tamper with the testing methods.

///

///

1    IT IS FURTHER ORDERED that SEALED [58]Addendum is held in abeyance;
2 [48] 12C Petition remains held in abeyance.
3    IT IS SO ORDERED this 7th day of November, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE