```
                    FILED          RECEIVED
                    ENTERED        SERVED ON
                                   COUNSEL/PARTIES OF RECORD

                         NOV 1 0 2020

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
         BY                                    DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

Plaintiff,

v.

FERDINAND COLOMA BALBA,

Defendant.

Case No. 2:14-cr-405-RFB-GWF

**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING**

I understand that I have a right to appear in person in court at the initial appearance and detention hearing scheduled for November 10, 2020. I have been advised of the nature of these proceedings and my right to appear in person. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person at these proceedings, I knowingly and voluntarily waive my right to appear in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at these proceedings.

_/s/ Lazo_ for Balba    11/10/2020

Defendant's Signature        (date)

_/s/ Lazo_    11/10/2020

Signature of Defendant's Attorney    (date)

Raquel Lazo, AFPD

Printed Name of Defendant's Attorney

_/s/ Cam Ferenbach_    

Judge's Signature        (date)

CAM FERENBACH
U.S. MAGISTRATE JUDGE

Judge's Printed Name and Title