Case 2:14-cr-00405-RFB-GWF   Document 93   Filed 11/19/20   Page 1 of 1

RECEIVED
FILED ENTERED    SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 19, 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                                DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,

Plaintiff,

v.

FERDINAND COLOMA BALBA,

Defendant.

Case No. 2:14-cr-405-RFB-GWF

**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING**

I understand that I have a right to appear in person in court at the revocation hearing scheduled for November 19, 2020. I have been advised of the nature of this proceeding and my right to appear in person. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person.

_Rlazo_ for Balba        11/17/2020
Defendant's Signature         (date)

_Rlazo_                    11/17/2020          _[signature]_           11/19/2020
Signature of Defendant's Attorney   (date)     Judge's Signature          (date)

Raquel Lazo, AFPD                              RICHARD F. BOULWARE, II   U.S. District Judge
Printed Name of Defendant's Attorney           Judge's Printed Name and Title